**ORIGINAL**

BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. Suite 650
Oakland, CA 94607-3627

Counsel for Defendant SCHLEY

**FILED**

JUL 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 4-05-70539-WDB |
| Plaintiff, | ) | DUTY MATTER |
| v. | ) | STIPULATION OF PARTIES; [~~PROPOSED~~] ORDER MODIFYING RELEASE CONDITIONS |
| DAVID ALBERT SCHLEY | ) | |
| Defendants. | ) | HON. ~~EDWARD M. CHEN~~ NANDOR VADAS |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be modified to permit Mr. Schley to leave the Cornell Corrections facility between the hours of 9:30 a.m. and 5:00 p.m. on Wednesday, July 20, 2005 so that he may attend to his son's birthday party and be with his wife as she undergoes surgery, provided he supply the Pretrial Services Agency with complete schedule and contact information and report to the Agency as directed.

Pretrial Services Officer Stephen Sheehan has been contacted, and he has no opposition to this request.

DATED:

_____
KIRSTEN AULT
Assistant United States Attorney

DATED: 7-19-05

_____
JOHN PAUL REICHMUTH
For SHAWN HALBERT
Assistant Federal Public Defender

## ORDER

Good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified to permit Mr. Schley to leave the Cornell Corrections facility between the hours of 9:30 a.m. and 5:00 p.m. on Wednesday, July 20, 2005 so that he may attend to his son's birthday party and be with his wife as she undergoes surgery, provided he supply the Pretrial Services Agency with complete schedule and contact information and report to the Agency as directed.

DATED: July 19, 2005

_____
HON. ~~EDWARD M. CHEN~~ NANDOR VADAS
UNITED STATES MAGISTRATE JUDGE