1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)                              *E-filing*
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CSBN 206052)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3705
7     Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

9                  UNITED STATES MAGISTRATE COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 UNITED STATES OF AMERICA,        )   No.   CR 05-70539 WDB
                                    )
13      Plaintiff,                  )   [PROPOSED] ORDER WAIVING
                                    )   PRELIMINARY HEARING DATE AND
14      v.                          )   EXCLUDING TIME FROM JULY 28, 2005
                                    )   TO AUGUST 5, 2005 FROM THE
15 DAVID A. SCHLEY,                 )   SPEEDY TRIAL ACT CALCULATION
                                    )   (18 U.S.C. § 3161(h)(8)(A))
16      Defendant.                  )
                                    )
17 _____ )

18      With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order continuing the arraignment or preliminary hearing date of July 28, 2005 at 10:00 a.m.

20 to August 5, 2005 at 10:00 a.m. before the Honorable Wayne D. Brazil, as well as documenting

21 the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure

22 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 28,

23 2005, to August 5, 2005. The parties agree, and the Court finds and holds, as follows:

24      1.      The defendant is out of custody.

25      2.      The defendant agrees to an exclusion of time under the Speedy Trial Act based

26 upon the unavailability of the Court, and the need for defense counsel to effectively prepare the

27 case.

28      3.      Counsel for the defendant believe that postponing the preliminary hearing is in

1  her client's best interest, and that it is not in her client's interest for the United States to indict the
2  case before the August 5, 2005 preliminary hearing date.
3       4.   The Court finds that, taking into the account the public interest in the prompt
4  disposition of criminal cases, these grounds are good cause for extending the time limits for a
5  preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances,
6  the Court finds that the ends of justice served by excluding the period from July 28, 2005, to
7  August 5, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. §
8  3161(h)(A).
9       5.   Accordingly, and with the consent of the defendant, the Court (1) continues the
10 preliminary hearing date of July 28, 2005 to August 5, 2005 before the Honorable Wayne D.
11 Brazil at 10:00 a.m.; and (2) orders that the period from July 28, 2005 to August 5, 2005 be
12 excluded from the time for preliminary hearings under Federal Rule of Criminal Procedure 5.1
13 and Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A)&(B)(iv).
14 STIPULATED:
15
16 DATED: 7/28/05
17                                    SHAWN HALBERT
                                      Attorney for Defendant
18
19 DATED: 7/29/05
20                                    KIRSTIN M. AULT
                                      Assistant United States Attorney
21
22 IT IS SO ORDERED.
23
24 DATED: 8/3/05
25                                    EDWARD M. CHEN
                                      United States Magistrate Judge
26
27
28

2